IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00975-BNB

LOUIS IVERY NEAL DIXON,

    Plaintiff,

v.

FIRST ARRESTING OFFICER, 09CR000580, and
SECOND ARRESTING OFFICER, 09CR000580,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 2 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Louis Ivery Neal Dixon currently is detained at the Arapahoe County Detention Facility in Englewood, Colorado. On April 27, 2009, Mr. Dixon initiated this action by filing a Letter of Intent. Magistrate Judge Boyd N. Boland entered an order on April 29, 2009, finding that the submitted documents were deficient and directing Mr. Dixon to file his claims on a Court-approved form used in filing prisoner complaints and to submit to a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff was warned that if he failed to comply within the time allowed the Complaint and action would be dismissed.

On May 26, 2009, Mr. Dixon submitted a Prisoner Complaint, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a copy of his trust fund account statement. The trust fund account statement, as required by 28 U.S.C. § 1915(a)(2), is not certified by a prison official. Also, Page Two of the Motion and Affidavit instructs Mr. Dixon to submit a certified copy of his trust fund account

statement. Mr. Dixon, therefore, has failed to cure the deficiencies noted in the April 29, 2009, Order within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 11 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00975-BNB

Louis Ivery Neal Dixon
Prisoner No. 0903326
Arapahoe County Detention Facilities
P.O. Box 4918
Englewood, CO 80155-4918

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6|12|09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk