**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00975-ZLW

LOUIS IVERY NEAL DIXON,

    Plaintiff,

v.

FIRST ARRESTING OFFICER, 09CR000580, and
SECOND ARRESTING OFFICER, 09CR000580,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On July 1, 2009, Plaintiff submitted to the Court a Motion for Reversal.  For the same reasons stated in the Court's June 26, 2009, Order, reconsideration of the Order of Dismissal  is DENIED.  The account statement Plaintiff attached to the Motion for Reversal, although properly certified, is untimely.  Plaintiff, as he was instructed in the June 26, 2009, Order may pursue his claims by filing a new action if he chooses.

Dated:  July 2, 2009