**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00975-ZLW

LOUIS IVERY NEAL DIXON,

    Plaintiff,

v.

FIRST ARRESTING OFFICER, 09CR000580, and
SECOND ARRESTING OFFICER, 09CR000580,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On July 2, 2009, Plaintiff submitted to the Court a Motion to Amend.  The Motion is DENIED.  Plaintiff, as he was instructed in the June 26, 2009, Order, may pursue his claims by filing a new action if he chooses.

Dated:  July 8, 2009